IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY R. HEMPHILL, ) | Case No. 2:09-cv-00116-MSB |
| Plaintiff, ) | **ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS** |
| vs. ) | |
| HIGH DESERT STATE PRISON, ) | |
| Defendant. ) | |

Plaintiff Billy R. Hemphill is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to 28 U.S.C. § 1915(b)(1), Hemphill is obligated to pay the statutory filing fee of $350.00 for this action. Hemphill will be assessed an initial filing fee of $1.66. 28 U.S.C. § 1915(b)(1). Hemphill is required to make monthly payments in the amount of twenty percent of the preceding month's income credited to his inmate trust account. 28 U.S.C. § 1915(b)(2). The California Department of Corrections is obligated to send to the Clerk of the Court payments from Hemphill's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *Id.*

**Accordingly**,

**IT IS HEREBY ORDERED** that the Director of the California Department of Corrections or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to Plaintiff's trust account and shall

forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments must be clearly identified by the name and number assigned to this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

**IT IS FURTHER ORDERED** directing the Clerk of the Court to serve a copy of this order on the financial department of the court.

DATED this 11th day of November, 2009.

/s/ Marsha S. Berzon

MARSHA S. BERZON
United States Circuit Judge
Sitting by designation