# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY R. HEMPHILL, ) | Case No. 2:09-cv-00116-MSB |
| Plaintiff, ) | **NOTICE** |
| vs. ) | |
| HIGH DESERT STATE PRISON, *et al.*, ) | |
| Defendants. ) | |

Defendants have filed a Motion for Summary Judgment (Dkt. # 32) under Rule 56 of the *Federal Rules of Civil Procedure*. Defendants argue that they are entitled to summary judgment on the grounds that the plaintiff, Billy Hemphill, failed to exhaust his administrative remedies and because there is no evidence that they subjected Hemphill to excessive force.

Hemphill is hereby notified that he shall respond to the Defendants' Motion for Summary Judgment no later than February 25, 2011. The failure to file a response to the Defendants' motion could result in the granting of summary judgment to Defendants and the dismissal of this case.

It is so ordered this 28th day of January, 2011.

/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge, sitting by designation