# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY R. HEMPHILL, | Case No. 2:09-cv-00116-MSB |
| Plaintiff, | **NOTICE** |
| vs. | |
| HIGH DESERT STATE PRISON, *et al.*, | |
| Defendants. | |

Hemphill's unopposed motion (Dkt. # 35) for a 90-day extension of time to respond to the Motion for Summary Judgment filed by Defendants is GRANTED. Hemphill shall file his response no later than May 25, 2011. Hemphill is advised, however, that further extensions are unlikely to be granted, and that the failure to file a response to the Defendants' motion could result in the granting of summary judgment to Defendants and the dismissal of this case.

Defendants request (Dkt. # 38) to postpone the deadline for filing the joint proposed pretrial order is GRANTED. The parties shall file the joint proposed pretrial order sixty days after the resolution of the pending Motion for Summary Judgment.

It is so ordered this 9th day of March, 2011.

/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge, sitting by designation